IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01557-CMA-MEH

SHIRLEY A. BURNETT,

    Plaintiff,

v.

K&W METAL FABRICATORS INC.,
d/b/a Weather Guard Building Products,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 24, 2010.**

    Plaintiff's Unopposed Motion to Re-Set Scheduling Confrernce [sic] [filed September 23, 2010; docket #4] is **granted in part** and **denied in part** as follows. Plaintiff represents that the summons and complaint have not yet been served upon the Defendant. On July 13, 2010, Judge Arguello entered an order directing Plaintiff's counsel to effect service of the summons and complaint no later than August 13, 2010. (Docket #2.) Plaintiff did not and has not requested an extension of time to effect service. Accordingly, the Scheduling Conference set for **September 27, 2010**, at **9:30 a.m.** is **converted** to a **Status Conference** to discuss the status of service in this matter and whether this Court should recommend dismissal for failure to comply with Judge Arguello's order.

    Additionally, the Court directs Plaintiff's counsel to the Local Rules of Practice for this district, namely, D.C. Colo. LCivR 10.1.

    The Status Conference shall be held in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.